UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Jackson Products, Inc.,<br>a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>The Fibre-Metal Products Company,<br>a Delaware corporation,<br><br>    Defendant.<br><br>Balder Optoelectronic Elements and<br>Measuring Systems, Ltd.,<br><br>    Plaintiff,<br><br>v.<br><br>Jackson Products, Inc.<br><br>    Defendant, | Case No. 1:05cv590<br>Case No. 1:06cv191<br><br>Hon. Robert J. Jonker |

## JOINT STATUS REPORT

Pursuant to the court's February 3, 2009 Order, the parties advise the court that they have entered into a settlement agreement and will be filing a dismissal with prejudice of the above cause of action. As part of the settlement agreement the parties have agreed to seek the vacature of the court's July 28, 2008, Claim Construction Opinion and Order [doc. no. 79]. Thus, the parties have filed concurrently with this Joint Status Report a Joint Motion to Vacate the Court's Claim Construction Opinion and Order. The parties anticipate filing the dismissal with prejudice after the court rules on the parties' Joint Motion to Vacate

1

the Court's Claim Construction Opinion and Order.  There are no other litigation events remaining in the case.

                                                  Respectfully submitted,

Date: March 12, 2009                 s/D. Ward Hobson
                                                  Joseph P. Titterington
                                                  D. Ward Hobson
                                                  DUNLAP CODDING, P.C.
                                                  1601 N.W. Expressway, Suite 1000
                                                  Oklahoma City, Oklahoma 73119
                                                  Telephone:   (405) 607-8600
                                                  Facsimile:    (405) 607-8686

                                                  COUNSEL FOR JACKSON PRODUCTS INC.

                                                  s/D. Ward Hobson
                                                  Signed by filing attorney with permission
                                                  Ray L. Weber
                                                  Andrew Morton
                                                  Laura J. Gentilcore
                                                  RENNER, KENNER, GRIEVE,
                                                  BOBAK, TAYLOR, AND WEBER
                                                  Fourth Floor, First National Tower
                                                  Akron, Ohio 44308-1456
                                                  Telephone:   (330) 376-1242
                                                  Facsimile:    (330)  376-9646

                                                  COUNSEL FOR THE FIBRE-METAL PRODUCTS COMPANY AND BALDER OPTOELECTRONICS ELEMENTS AND MEASURING SYSTEMS, INC.